UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KABASO MANDA,            CIVIL NO. 13-798 (DSD/JSM)

    Petitioner,

v.                                 <u>ORDER</u>

ERIC H. HOLDER, JR., et al,

    Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 12, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that: Kabaso Manda's Writ of Habeas Corpus [Docket No. 1] is **DISMISSED WITHOUT PREJUDICE** as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 27, 2013

                                          <u>s/David S. Doty</u>
                                          DAVID S. DOTY, Judge
                                          United States District Court